NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 05-1467

### ERITITH LEE AND LLOYD LEE

### VERSUS

### SAFEWAY INSURANCE COMPANY, ET AL.

**********

APPEAL FROM THE
PARISH OF RAPIDES
ALEXANDRIA CITY COURT, NO. 100,307
HONORABLE RICHARD E. STARLING, JR., CITY COURT JUDGE

**********

## OSWALD A. DECUIR
## JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

**Cooks, J., concurs in the result.**

**AFFIRMED IN PART AND REVERSED IN PART.**

**Wilbert J. Saucier, Jr.**
**Attorney at Law**
**2200 Shreveport Highway**
**Pineville, LA 71360**
**(318) 473-4146**
**Counsel for Plaintiff/Appellee:**
        **Eritith Lee**
        **Lloyd Lee**

**Brandon A. Sues**
**Lottie L. Bash**
**Gold, Weems, Bruser, Sues & Rundell**
**P. O. Box 6118**
**Alexandria, LA 71307-6118**
**(318) 445-6471**
**Counsel for Defendant/Appellant:**
        **Shelter Mutual Insurance Company**